**The Law Office of David Israel**
**2436 East 3rd Street**
**Brooklyn, NY 11223**

Phone: 718-795-8769                              Email: Disrael88@gmail.com

Hon. Kathrine B. Forrest
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:   Royal Footwear and Accessories, LLC v. Seldat, Inc., et al.
      Civil Action No. 17-3892
      **Request for Adjournment of June 1, 2017 Hearing**
      VIA EMAIL: ForrestNYSDChambers@nysd.uscourts.gov

Dear Judge Forrest:

I will be representing the Defendants at the hearing on the request for a preliminary injunction, scheduled for June 1.  On that day I will be unavailable because I am observing the Jewish holiday of Shavuot and work is prohibited.  I request that the matter be adjourned to the following week.

I have tried to contact the plaintiff's attorney to obtain his consent but have been unable to reach him as of noon today. I will be filing this letter via ECF.

Respectfully submitted,

/s/David Israel
David Israel, Esq.

cc (via email).

Gabriel Fischbarg, Esq.
230 Park Avenue, Suite 900
New York, NY 10169
Fis123@yahoo.com
Attorney for Plaintiff