UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Case No. 17 Civ. 3892 (KBF)
ROYAL FOOTWEAR AND ACCESSORIES, LLC,

                                       Plaintiff,

      -against-

                                         **RULE 7.1 STATEMENT**

SELDAT, INC., SELDAT DISTRIBUTION,
INC. (CA entity), SELDAT DISTRIBUTION,
INC. (NJ entity), SELDAT LIMITED
LIABILITY PARTNERSHIP, SELDAT
DISTRIBUTION CORPORATION, SELDAT
TRANSPORTATION INC., SELDAT CORPORATION,
DANIEL DADOUN and ABC CORP.,

                                       Defendants.
-----------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the named defendants SELDAT, INC., SELDAT DISTRIBUTION, INC. (CA entity), SELDAT DISTRIBUTION, INC. (NJ entity), SELDAT LIMITED LIABILITY PARTNERSHIP, SELDAT DISTRIBUTION CORPORATION, SELDAT TRANSPORTATION INC., SELDAT CORPORATION, DANIEL DADOUN and ABC CORP. certifies that the foregoing entities are private non-governmental parties and that the foregoing parties do not have any corporate parents, affiliates, and/or subsidiaries which are publicly held.

Date: June 6, 2017                                        /s/David Israel
                                                        DAVID ISRAEL, ESQ.
                                                        2774 Coney Island Avenue
                                                        Brooklyn NY 11235
                                                        (718) 795-8769
                                                        Disrael88@gmail.com
                                                         Attorney for Defendants