```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ROYAL FOOTWEAR AND ACCESSORIES                               :
LLC,                                                         :
                                                             :
                           Plaintiff,                        :
                                                             :
              -v-                                            :
                                                             :
SELDAT, INC., SELDAT DISTRIBUTION,                           :
INC., SELDAT DISTRIBUTION, INC.,                             :
SELDAT LIMITED LIABILITY                                     :
PARTNERSHIP, SELDAT DISTRIBUTION                             :
CORPORATION, SELDAT                                          :
TRANSPORTATION, INC., SELDAT                                 :
CORPORATION, DANIEL DADOUN, ABC                              :
CORP.                                                        :
                                                             :
                           Defendants.                       :
                                                             :
------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: June 8, 2017

17-cv-3892 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As stated on the record at the June 8, 2017, hearing on plaintiff's application for a temporary restraining order and preliminary injunction, it is hereby ORDERED that:

1. Plaintiff is directed to post a bond in the amount of $300,000.00 immediately and to file proof of the bond on the public docket. The Court notes that the bond amount does not set the upper limit for liability in this matter.

2. Upon the filing of proof of bond, the Court shall issue an order directing defendants to relinquish completely the merchandise at issue to plaintiff.

    Plaintiff is directed to provide defendants not less than three-hours notice of the time at which plaintiff and/or plaintiff's agents will arrive at defendants' facilities for acquisition of the merchandise.

3. The temporary restraining order issued at ECF No. 9 shall remain in place until plaintiff acquires complete possession of the merchandise as set forth above, so long as that occurs on or prior to **Thursday, June 22, 2017** (at which point, in all events, the TRO shall expire).

4. Not later than **Thursday, June 22, 2017**, the parties shall submit to the Court any evidence to support a factual showing regarding whether the contract at ECF No. 17-1 was properly executed.

    SO ORDERED.

Dated:    New York, New York
            June 8, 2017

*[signature: K. B. Forrest]*
_____
KATHERINE B. FORREST
United States District Judge