

David Israel <disrael88@gmail.com>

# Fwd: New Account- Royal Footwear and Accessories (Executed)

**joe shamie** <joe.shamie@seldatinc.com>  
To: David Israel <disrael88@gmail.com>, Daniel Dadoun <daniel@seldatinc.com>

Wed, Jun 7, 2017 at 1:04 PM

see below  
**Joe Shamie**  
Director of Sales | joe.shamie@seldatinc.com  
Office: 646-517-6767 Ext. 101 | Mobile: 732-859-2424  

**SELDAT DISTRIBUTION**

1412 Broadway Suite 2302, New York, NY 10018  
Office: 646-517-6767 | Fax: 732-907-1027  
www.seldatinc.com | Corporate Video

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

The contents of this electronic mail message and any attachments are confidential, and intended for the addressee(s) only. Only the addressee(s) may read, disseminate, retain or otherwise use this message and any attachments. If received in error, please immediately inform the sender and then delete this message completely from your computer system without disclosing its contents to anyone or retaining a copy. The contents of this email are the sole property of Seldat Distribution, Inc. Any unauthorized use of the contents of this email is deemed to be a breach of Confidentiality. Seldat Distributions, Inc reserves all rights and remedies allowed by law for the protection against unauthorized use of the contents of this message.

---------- Forwarded message ----------  
From: **Joanne Guglielmo** <jguglielmo@rfnyc.com>  
Date: Thu, Apr 14, 2016 at 4:34 PM  
Subject: RE: New Account- Royal Footwear and Accessories (Executed)  
To: Joe Shamie <joe.shamie@seldatinc.com>

Woohoo!!! See attached.

Please send me back a fully executed copy.

**From:** Joe Shamie [mailto:joe.shamie@seldatinc.com]  
**Sent:** Thursday, April 14, 2016 8:57 AM  
**To:** Joanne Guglielmo <jguglielmo@rfnyc.com>  
**Subject:** RE: New Account- Royal Footwear and Accessories (Final Draft)

Good Morning,

Final draft attached.

Please confirm we are good to go.

Thanks.

Joe Shamie



Regional Sales Manager

Seldat Distribution Services

1412 Broadway

Suite 2302

New York, NY 10018

Office: 646-517-6767 Ext. 101

Mobile: 732-859-2424

Fax: 732-907-1027

www.seldatinc.com

---

**From:** Joanne Guglielmo [mailto:jguglielmo@rfnyc.com]
**Sent:** Wednesday, April 13, 2016 11:23 AM
**To:** 'Joe Shamie'
**Subject:** FW: New Account- Royal Footwear and Accessories (Final Draft)

Hi. Please see minor revisions. If OK, let's get this signed, finally!!!

---

**From:** Rachel Schwartz [mailto:RSchwartz@stllplaw.com]
**Sent:** Tuesday, April 12, 2016 4:39 PM
**To:** Joanne Guglielmo <jguglielmo@rfnyc.com>

Cc: Roy Cheika <rcheika@rfnyc.com>
Subject: RE: New Account- Royal Footwear and Accessories (Final Draft)

Joanne,

I made a very few minor changes that shouldn't give Seldat any trouble. The changes are redlined so that he can easily see them.

Thanks,

Rachel


Rachel Schwartz

Schwartz & Thomashower LLP
15 Maiden Lane, Suite 705
New York, New York 10038
Ph. 212-227-4300
Fax. 212-227-4311
e-mail: rschwartz@stllplaw.com

This E-mail message contains confidential and/or legally privileged information from the law firm SCHWARTZ & THOMASHOWER LLP and is intended only for the use of the individual to whom such information was intended to be sent. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this communication or attachments is strictly prohibited. If you believe that you have received this email message in error, please immediately reply to the sender or notify us by telephone, facsimile, and email, and delete the e-mail.

---

**From:** Joanne Guglielmo [mailto:jguglielmo@rfnyc.com]
**Sent:** Monday, April 11, 2016 12:19 PM
**To:** Rachel Schwartz <RSchwartz@stllplaw.com>
**Cc:** Roy Cheika <rcheika@rfnyc.com>
**Subject:** FW: New Account- Royal Footwear and Accessories (Final Draft)


Hi Rachel. See attached – hopefully final...

---

**From:** Joe Shamie [mailto:joe.shamie@seldatinc.com]
**Sent:** Thursday, April 07, 2016 5:04 PM
**To:** Joanne Guglielmo <jguglielmo@rfnyc.com>
**Subject:** RE: New Account- Royal Footwear and Accessories

Hi Joanne

I have attached the final draft with paragraph 10 removed. There is still a paragraph 10 but it was paragraph 11 before the change.

Let me know if you need anything else.

Thanks.

Joe Shamie



Regional Sales Manager

**Seldat Distribution Services**

1412 Broadway

Suite 2302

New York, NY 10018

Office: 646-517-6767 Ext. 101

Mobile: 732-859-2424

Fax: 732-907-1027

www.seldatinc.com

---

**From:** Joanne Guglielmo [mailto:jguglielmo@rfnyc.com]
**Sent:** Wednesday, April 06, 2016 4:13 PM
**To:** CHARLES PERRY
**Cc:** Joe Shamie; Richard Benavides; scott minehart; Joey Franco
**Subject:** RE: New Account- Royal Footwear and Accessories

Yes, perfect. Thank you!

**From:** CHARLES PERRY [mailto:charles.perry@seldatinc.com]
**Sent:** Wednesday, April 06, 2016 4:07 PM
**To:** Joanne Guglielmo <jguglielmo@rfnyc.com>
**Cc:** Joe Shamie <joe.shamie@seldatinc.com>; Richard Benavides <richard.benavides@seldatinc.com>; scott minehart <scott.minehart@seldatinc.com>; Joey Franco <joey.franco@seldatinc.com>
**Subject:** Re: New Account- Royal Footwear and Accessories

Perfect so I will add a conference call between us on 5/19/16+ the day before so we can get all the plan together does that work for you ?

---

**From:** Joanne Guglielmo
**Sent:** Wednesday, April 06, 2016 3:54 PM
**To:** 'CHARLES PERRY' <charles.perry@seldatinc.com>
**Cc:** Joe Shamie <joe.shamie@seldatinc.com>; Richard Benavides <richard.benavides@seldatinc.com>; scott minehart <scott.minehart@seldatinc.com>; Joey Franco <joey.franco@seldatinc.com>
**Subject:** RE: New Account- Royal Footwear and Accessories

We're expecting to start the transfer of goods on May 20, continue through the weekend and hopefully finish by the 24th. Does that work for you?

**From:** CHARLES PERRY [mailto:charles.perry@seldatinc.com]
**Sent:** Wednesday, April 06, 2016 3:46 PM
**To:** Joanne Guglielmo <jguglielmo@rfnyc.com>
**Cc:** Joe Shamie <joe.shamie@seldatinc.com>; Richard Benavides <richard.benavides@seldatinc.com>; scott minehart <scott.minehart@seldatinc.com>; Joey Franco <joey.franco@seldatinc.com>
**Subject:** Re: New Account- Royal Footwear and Accessories

As much as possible please keep pallets to one style and one color , of course as we get to the end of the transfer we will have to mix the pallets but if the current warehouse could please mark these mixed pallets so we can break them down as they arrive and provide a packing list for each truck load so we can keep a accurate inventory as you transfer. Do you have a eta of a start date ?

On Wed, Apr 6, 2016 at 12:34 PM, Joanne Guglielmo <jguglielmo@rfnyc.com> wrote:

> Hi Charles. Thank you – same here!!

Also, do you want one style and color per pallet? What happens if there are only a few cartons?

Thanks,

Joanne

**From:** CHARLES PERRY [mailto:charles.perry@seldatinc.com]
**Sent:** Wednesday, April 06, 2016 3:16 PM
**To:** Joanne Guglielmo <jguglielmo@rfnyc.com>
**Cc:** Joe Shamie <joe.shamie@seldatinc.com>; Richard Benavides <richard.benavides@seldatinc.com>; scott minehart <scott.minehart@seldatinc.com>; Joey Franco <joey.franco@seldatinc.com>
**Subject:** Re: New Account- Royal Footwear and Accessories

Hello Joanne

This is such exciting news !!! So if the pallets are 45in and doubled stacked that is perfect , we just can have them above 60 inch , and yes that includes the pallets height, Thank you so much I look forward to working with your account and building a long lasting professional relationship

On Wed, Apr 6, 2016 at 10:37 AM, Joanne Guglielmo <jguglielmo@rfnyc.com> wrote:

> Hi gentlemen. I am doing some planning with our current 3PL in anticipation of our move. Please confirm you want the goods on 60" pallets. They are telling me they can double stack pallets if they are only 45" high. And pardon my ignorance, but when you say 60" high does that include the height of the pallet?
>
> Thanks,
>
> Joanne
>
> ---
>
> **From:** Joanne Guglielmo
> **Sent:** Monday, March 14, 2016 4:52 PM
> **To:** 'Joe Shamie' <joe.shamie@seldatinc.com>; 'Richard Benavides' <richard.benavides@seldatinc.com>
> **Cc:** 'CHARLES PERRY' <charles.perry@seldatinc.com>; 'scott minehart' <scott.minehart@seldatinc.com>; daniel@seldatinc.com; 'Joey Franco' <joey.franco@seldatinc.com>; Roy Cheika <rcheika@rfnyc.com>
> **Subject:** RE: New Account- Royal Footwear and Accessories
>
> Thanks Joe. I will be traveling with our allocation manager, Carrisa Tyson. Roy is traveling elsewhere for the next few weeks – he'll probably visit during the transition.

Hi Rich. I look forward to meeting you and seeing the facility and how it operates.

Best Regards,

Joanne Guglielmo

Chief Financial Officer



385 5th Avenue

New York, NY 10016

PH: (212) 684-9300 ext 2105

Fax: (212) 684-9305

Email: jguglielmo@rfnyc.com

---

**From:** Joe Shamie [mailto:joe.shamie@seldatinc.com]
**Sent:** Monday, March 14, 2016 4:45 PM
**To:** 'Richard Benavides' <richard.benavides@seldatinc.com>
**Cc:** 'CHARLES PERRY' <charles.perry@seldatinc.com>; 'scott minehart' <scott.minehart@seldatinc.com>; daniel@seldatinc.com; 'Joey Franco' <joey.franco@seldatinc.com>; Joanne Guglielmo <jguglielmo@rfnyc.com>; Roy Cheika <rcheika@rfnyc.com>
**Subject:** RE: New Account- Royal Footwear and Accessories

Thanks.

Copying Roy and Joanne.

Joanne- Richard Benavides is our Director of Operations in LA. His cell number 562-308-8243. Please contact him directly if you are running late.

The address is:

13367 Marlay Ave

Fontana, CA 92337

Let me know if you have any questions.

Joe Shamie



Regional Sales Manager

Seldat Distribution Services

1412 Broadway

Suite 2302

New York, NY 10018

Office: 646-517-6767 Ext. 101

Mobile: 732-859-2424

Fax: 732-907-1027

www.seldatinc.com

**From:** Richard Benavides [mailto:richard.benavides@seldatinc.com]
**Sent:** Monday, March 14, 2016 4:37 PM
**To:** joe shamie
**Cc:** CHARLES PERRY; scott minehart; daniel@seldatinc.com; Joey Franco
**Subject:** RE: New Account- Royal Footwear and Accessories

Joe,

Confirmed……..we will be ready…….

Thanks,

Rich

**From:** Joe Shamie [mailto:joe.shamie@seldatinc.com]
**Sent:** Monday, March 14, 2016 1:08 PM
**To:** richard.benavides@seldatinc.com
**Cc:** 'CHARLES PERRY'; scott.minehart@seldatinc.com; daniel@seldatinc.com; joey.franco@seldatinc.com
**Subject:** New Account- Royal Footwear and Accessories

Hi Rich

I have attached copy of the Seldat Account profile and contract for RFA.

They are coming to LA on Wednesday 3/16 to look at our facility and operation before they sign our contract. They should be there between 11:00 and 11:30 AM.

The owner/CEO, Roy Cheika, and the CFO, Joanne Guglielmo, will be there.

I will be providing them with your cell number.

Please confirm you can accommodate.

Thanks.

**Joe Shamie**



**Regional Sales Manager**

**Seldat Distribution Services**

**1412 Broadway**

**Suite 2302**

**New York, NY 10018**

Office: 646-517-6767 Ext. 101

Mobile: 732-859-2424

Fax: 732-907-1027

www.seldatinc.com

This email has been checked for viruses by Avast antivirus software.
www.avast.com

This email has been checked for viruses by Avast antivirus software.
www.avast.com

--

Respectfully,

Charles Perry
Seldat Inc.
13367 Marlay Ave.
Fontana, CA 92337-6919
(310) 730-5085 Extension 503

--

Respectfully,

Charles Perry

Seldat Inc.
13367 Marlay Ave.
Fontana, CA 92337-6919
(310) 730-5085  Extension 503

--

Respectfully,


Charles Perry
Seldat Inc.
13367 Marlay Ave.
Fontana, CA 92337-6919
(310) 730-5085  Extension 503



This email has been checked for viruses by Avast antivirus software.
www.avast.com



This email has been checked for viruses by Avast antivirus software.
www.avast.com



2565_001.pdf
666K