1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X    Civil Action No.:  17-3892
ROYAL FOOTWEAR AND ACCESSORIES, LLC,

                            Plaintiff,    **DECLARATION OF DAVID ISRAEL REGARDING ROY CHEIKA'S INTENTION TO EXECUTE THE FULL *CONTRACT***

       -against-

SELDAT, INC., SELDAT DISTRIBUTION,
INC. (CA entity), SELDAT DISTRIBUTION,
INC. (NJ entity), SELDAT LIMITED
LIABILITY PARTNERSHIP, SELDAT
DISTRIBUTION CORPORATION, SELDAT
TRANSPORTATION INC., SELDAT CORPORATION,
DANIEL DADOUN and ABC CORP.,

                            Defendants.
-----------------------------------------------------------------X

I, DAVID ISRAEL, declare, under the penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am the attorney for the Defendants and submit this declaration in further opposition to Plaintiff's request for relief.

2. The doctrine of consent to personal jurisdiction through forum-selection clauses in contractual agreements is discussed fully by the Second Circuit in <u>D.H. Blair & Co., Inc. v. Gottdiener</u>, 462 F.3d 95, 103-104 (2006).  The Court notes that forum selection clauses are regularly enforced if the following conditions are met:

    A. The clause was reasonably communicated to the party.

    B. The clause was not obtained through fraud or overreaching.

    C. Enforcement of the forum-selection clause is not unreasonable or unjust.

3. In the case at bar, it is beyond peradventure that the clause was communicated to the Plaintiff. This is because the Plaintiff's own attorney sent the contract Terms and Conditions back to the Defendant with redlined changes. There was no redlining of the forum-selection clause. Second, the Plaintiff makes no claim that the forum-selection clause was obtained by fraud or overreaching. Finally, enforcing the forum selection clause is not unjust or unreasonable because the location of the merchandise is important for the relief sought by both the Plaintiff and the anticipated relief sought by Defendant via counterclaim.

Executed this 14th day of June 2017.

By:  /s/ David Israel
DAVID ISRAEL
2774 Coney Island Avenue, 1st Fl
Brooklyn, NY  11235
(718) 795-8769
Attorney For Defendants