# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Dennis O. Cohen
direct dial: 212.589.4288
dcohen@bakerlaw.com

July 28, 2017

**VIA ECF**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Royal Footwear and Accessories LLC v. Seldat, Inc., et al.,* Case No. 17-cv-03892-KBF

Dear Judge Forrest:

We write to request that this Court so orders the Stipulation and Order of Substitution of Counsel (the "Stipulation") submitted simultaneously with this letter along with a supporting declaration.

We have been asked to represent defendants Seldat, Inc.; Seldat Distribution, Inc. (CA entity); Seldat Distribution, Inc. (NJ entity); Seldat Limited Liability Partnership; Seldat Distribution Corporation; Seldat Transportation, Inc.; Seldat Corporation; Daniel Dadoun; and ABC Corp. ("Defendants") in the above-referenced matter. We seek this Court's approval to be substituted as counsel of record in lieu of David Israel, Esq., whose office is located at 2774 Coney Island Avenue, Brooklyn, NY 11235. We seek substitution because Defendants wish to be represented by litigation-focused counsel in this matter.

The procedural posture of this case is that plaintiff filed its complaint on May 24, 2017 and obtained an order to show cause on May 26, 2017 seeking a temporary restraining order and preliminary injunction. This Court held a hearing on June 8, 2017, after which the Court ordered plaintiff to post a bond in order to obtain certain merchandise that it sought from Defendants (ECF No. 21) (the "OSC Order"). All parties complied with the OSC Order.

The Court has scheduled a discovery and briefing schedule culminating in an evidentiary hearing on September 29, 2017 on the issue of whether the contract at ECF No. 17-1 was properly executed and binding (*see* ECF No. 32).

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

July 28, 2017
Page 2

No party will be prejudiced by this substitution of counsel because we request the substitution well in advance of the September 29 evidentiary hearing, and approximately five weeks before the first discovery deadline on September 1, 2017.

Pursuant to Local Civil Rule 1.4, we understand that neither Mr. Israel nor Baker & Hostetler, LLP is asserting a retaining or charging lien. Copies of this letter and the attached Stipulation will be served upon plaintiff and Mr. Israel via ECF and upon Defendants via email.

Respectfully submitted,

Dennis O. Cohen

cc: Gabriel Julian Fischbarg, Esq. *(via ECF)*
David Israel, Esq. *(via ECF)*
Seldat, Inc. *(via email)*
Seldat Distribution, Inc. (CA entity) *(via email)*
Seldat Distribution, Inc. (NJ entity) *(via email)*
Seldat Limited Liability Partnership *(via email)*
Seldat Distribution Corporation *(via email)*
Seldat Transportation, Inc. *(via email)*
Seldat Corporation *(via email)*
Daniel Dadoun *(via email)*
ABC Corp. *(via email)*